STATE OF MAINE
CUMBERLAND, SS.

UNIFIED CRIMINAL COURT
LOCATION: PORTLAND
DOCKET NO.

# AFFIDAVIT AND REQUEST FOR SEARCH WARRANT
### (M.R. Crim. P. 41)

TO: Any Judge of the District Court or Justice of the Peace:

I, Detective *Jeff Stackpole*, a law enforcement officer for the *Westbrook Police Department*, State of Maine, apply for a search warrant to search the premises, person(s), vehicle(s), place(s) or other property described below and to seize the property or person(s), also described below.

**Description of place(s) or person(s) to be searched**:

*The residence owned, or under the control of Willie Banks and Melissa Staples at 290 Cumberland Street apartment 1 and all common areas in the City of Westbrook, County of Cumberland, State of Maine. The premises are further described as: A gray 2-story apartment house with white trim. The numbers 290 are conspicuously posted on the front of the building and apartment number 1 is on the front of the building.*

**Description**: [X] Building  [ ] Vehicle  [ ] Person  [ ] Other

**Owner / occupant** (if known): *Willie Banks and Melissa Staples*

**Description of property or person(s) to be seized**:
*firearms and ammunition all of which are contraband and evidence of the offenses of Possession of a Firearm by a Prohibited Person (15 M.R.S.A. ss 393.1.A-1.1) and Aggravated Reckless Conduct with a Dangerous Weapon (17-A M.R.S.A ss 213.1) which are seizable pursuant to Maine Rule of Criminal Procedure 41 and/or Maine Rule of Civil Procedure 80I.*

**Reason for Seizure**:
[X] property that constitutes evidence of the commission of a criminal offense.
[X] the fruits of crime, or things otherwise criminally possessed, to wit, possession of a firearm by a prohibited person  (15 M.R.S.A. ss 393.1.A-1.1).
[ ] person for whose arrest there is probable cause or who is unlawfully restrained

DEFENDANT'S
EXHIBIT

**2**

Under oath / affirmation, I state that the information in my statement dated 3/13/24 is true and that I have probable cause to conduct the requested search and seizure on the basis of the information contained in all of the subsequent pages (said statement incorporated herein by reference) and on the basis of the evidence given under oath / affirmation by:

*Detective Jeff Stackpole* –Westbrook PD on *March 13, 2024*
which evidence is recorded on tape no(s)._____ *N/A.*

[ ]    I request that a search warrant be issued which may be executed during the daylight (7:00 A.M. to 9:00 P.M.).

[ X ]    I request warrant be issued which may be executed either during the daytime or nighttime. The following ground(s) is/are reasonable cause for allowing the search warrant to be executed during the nighttime hours (9:00 P.M. to 7:00 A.M.).

[ ]    I request that a search warrant be issued which may be served without providing notice of the officer's purpose and office.  The following grounds establishes reasonable cause to believe one or more of the following:

    [ ]    that the property sought may be quickly or easily altered, destroyed, concealed, removed or disposed of if prior notice is given;

    [ ]    that the escape of the person sought may be facilitated if prior notice is given;

    [ ]    that the person sought, the person from whom or from whose premises the property is sought, or an occupant thereof, may use deadly or nondeadly force in resistance to the execution of the warrant, and dispensing with prior notice is more likely to ensure the safety of officers, occupants or others, or;

    [ ]    that such facts and circumstances exist as would render reasonable the warrant's execution without notice.

_____
Affiant

*Detective,. Westbrook Police Department*_____
Title

Subscribed and sworn to by *Jeff Stackpole* before me this ____13th_____ day of March 2024.

_____
Maine District Court Judge
Maine Justice of the Peace

00000116

## STATEMENT OF DETECTIVE JEFF STACKPOLE

1. I am currently assigned to the Criminal Investigation Division as a Detective and have been since 2017. Prior to working as a Detective, I worked in the Patrol division as a Field Training Officer and Drug Recognition Expert.

2. I have been employed by the Westbrook Police Department since 2008. Prior to working for Westbrook, I was employed by the Seabrook New Hampshire Police Department. I graduated from the 132nd New Hampshire full time Police Academy in 2003. The Maine Criminal Justice Academy reviewing my training and certified me as a full time Police Officer in the state of Maine in 2008.

3. In my current assignment as a Detective, I investigate crimes such as Theft, Burglary, Robbery, Aggravated Assault, Sexual Assault, etc. I have received training in social media investigation, cell phone investigations, and interview and interrogation among others.

4. I am currently assisting Westbrook Officers that are investigating a shooting that occurred at 290 Cumberland Street in Westbrook. MDEA S/A Robinson responded to the scene of the shooting and was able to review surveillance video that captures the shooting.

5. I viewed the video which captures an argument between the ex-girlfriend of Willie Banks' step daughter, Nadira Thomas and Banks that occurs on the side porch of 290 Cumberland Street apartment 1 where Banks resides.

00000117

6. Thomas and Banks argue, and Thomas starts to leave and walks up the driveway towards Cumberland Street and away from the apartment. As she does this the video shows her fire a handgun into the air three times. In response to this Banks, who was on the porch on the side of the building, runs into the apartment and returns with a handgun and fires six rounds in the direction of Thomas. None of the rounds strike Thomas.

7. Banks runs back into the apartment and calls 911. Banks emerges from the apartment and knocks on the door of a rear apartment, but no one answers. He then returns to apartment 1 and exits the apartment again when the Police arrive. No one else exits or enters the apartment after the shooting.

8. When I arrived on scene approximately half an hour after the shooting, I learned that Banks had been detained and the apartment cleared and secured by Officers who remain on scene in anticipation of this search warrant. Additionally two different caliber expended shell casings were recovered at the scene in the driveway and in the area of the porch.

9. I was able to interview Banks, who was detained in the rear of a cruiser. I read him his Miranda rights and he agreed to answer questions.

10. Banks told me that he, his girlfriend Melissa Staples and his step-daughter Mackenzie Ross were the only people in the apartment when Thomas arrived. Banks told me that Thomas was with another female and they both entered the apartment. However, the video shows that only Thomas enters the apartment. Additionally, S/A Robinson told me that he interviewed Ross and she also said that only Thomas came to the apartment.

00000118

11. The video clearly shows a male exit apartment 1 and fire six rounds at Thomas as she is walking up the driveway. S/A Robinson, who is familiar with Banks from previous Police contacts, told me that he immediately recognized the male in the video as Banks.

12. Banks criminal history shows that he is a prohibited person and cannot possess a firearm. A copy of his criminal history has been attached as an appendix to this warrant.

13. Based upon the totality of the circumstances: I believe that probable cause exists to authorize a warrant for Willie Banks and Melissa Staples residence in Westbrook.

**WHEREFORE**, I, Detective Jeff Stackpole, your affiant, pray that a warrant may issue authorizing a search of above-described residence for the above-described property and/or evidence and, that if said property and/or evidence or any part of the same be found there, that it be seized. I hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

DATED: March 13, 2024

Jeff Stackpole
Detective
Westbrook Police Department

SUBSCRIBED AND SWORN TO BEFORE ME ON 3-13-2024 BY DETECTIVE JEFF STACKPOLE

Hon. Peter Darvin
Judge, District Court

00000119

Google Maps    290 Cumberland St

Westbrook, Maine

Google Street View

Sep 2023    See more dates



Image capture: Sep 2023    © 2024 Google



00000120