STATE OF MAINE
CUMBERLAND, SS.

UNIFIED CRIMINAL COURT
LOCATION: PORTLAND
DOCKET NO.

# SEARCH WARRANT
## (M.R. CRIM. P. 41)

TO:   Any officer authorized by law to execute this search warrant.  On the basis of the
[X]   Affidavit(s) by:

*Westbrook PD Detective Jeff Stackpole.* dated, *March 13, 2024*;
which affidavit(s) are attached to the original hereof and made part thereof to be filed in the District
Court;

[ ]   Evidence given under oath / affirmation by:

which evidence was recorded on tape no(s) _____ *N/A* _____ to be filed in District Court;

I am satisfied that there is probable cause to believe that there are grounds for the issuance of a search
warrant.  You are therefore commanded to search the place(s) and/or person(s) described below for the
property and/or person(s) described below and, if the property and/or person(s) is/are found, to seize such
property and/or person(s) and prepare a written inventory of the property seized.

**Place(s) or person(s) to be searched**:

*The residence owned, or under the control of Willie Banks and Melissa Staples at 290 Cumberland Street
apartment 1 and all common areas in the City of Westbrook, County of Cumberland, State of Maine. The
premises are further described as: A gray 2-story apartment house with white trim. The numbers 290 are
conspicuously posted on the front of the building and apartment number 1 is on the front of the building.*

**Property or article(s) to be searched for:**

*firearms and ammunition all of which are contraband and evidence of the offenses of Possession of a
Firearm by a Prohibited Person (15 M.R.S.A. ss 393.1.A-1.1) and Aggravated Reckless Conduct with a
Dangerous Weapon (17-A M.R.S.A ss 213.1) which are seizable pursuant to Maine Rule of Criminal
Procedure 41 and/or Maine Rule of Civil Procedure 80I.*

**Name of owner or occupant of premises, if known**:
*Willie Banks and Melissa Staples*

## EITHER NIGHTTIME OR DAYTIME WARRANT

( X )   For reasonable cause shown in the affidavit(s), this warrant may be executed by
        beginning in the daytime or in the nighttime (9:00 P.M. to 7:00 A.M.) and shall be



DEFENDANT'S
EXHIBIT

**3**

00000113

returned together with a written inventory, within 10 days of the issuance, hereof, to the Southern Division of the Ninth District of the District Court of Maine.

Issued at   Portland   in the County of  Cumberland  this   13th   day of  March 2024.

Time issued:   11:40  AM / PM

_____
Maine District Court Judge
~~Maine Justice of the Peace~~
Hon. Peter Darvin

00000114