

Defendant's Exhibit

11-B

2:24-cr-68-LEW



00001253



00001254



00001255



00001256



00001257



00001258



00001259



00001260



00001261



00001262



00001263



00001264



00001265



00001266





00001268



00001269



00001270



00001271



00001272



00001273



00001274



00001275



00001276