

Defendant's Exhibit

11-C

2:24-cr-68-LEW

00001277



00001278





00001280



00001281



00001282



00001283



00001284



00001285



00001286



00001287



00001288