

Defendant's Exhibit

11-D

2:24-cr-68-LEW



00001289



00001290



00001291



00001292



00001293



00001294



00001295



00001296



00001297



00001298



00001299



00001300



00001301



00001302





00001304



00001212



00001213



00001214



00001215



00001216



00001217



00001218



00001219



00001220



00001221