# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

WILLIE BANKS

No. 2:24-cr-00068-LEW

### MOTION TO CONTINUE EVIDENTIARY HEARING

The United States of America, by and through its attorneys, Andrew B. Benson, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, respectfully files this motion requesting a continuance of the evidentiary hearing currently scheduled for July 14, 2026.

The Government fully recognizes the importance of this case and is, of course, committed to making sure all the witnesses requested by the Defendant are available for the evidentiary hearing. On July 2, 2026, when the parties were alerted that the Court wished to hold an evidentiary hearing in the next two weeks, defense counsel stated that they planned on calling at least four witnesses. On July 7, 2026, defense counsel requested four additional witnesses. Many of the requested witnesses (including two civilian witnesses) have never previously been interviewed by the U.S. Attorney's Office about this case. In order to effectively prepare for the hearing and fulfill the Government's professional obligations, Government counsel will need to interview these witnesses and provide the Defendant with interview reports. Further, with respect to the multiple law enforcement witnesses, the Government will need to conduct appropriate *Giglio* inquiries (including a review of personnel files on-site) and review potential *Jencks* materials. The Government has been working diligently to prepare for the hearing but there is simply too much to accomplish with respect to *Giglio*, *Jencks*,

and discovery obligations in such a tight window. The Government is committed to providing the Court and the Defendant all of the information necessary to address the potential suppression/*Franks* issues but it needs to have sufficient time to do so in order to create an adequate record for the Court. The Government notes that the Defendant is currently in custody but it is state custody for new criminal conduct.

The Defendant objects to this motion. Defense counsel previously notified the Court and government counsel that they were unavailable on July 16 and 17. The government requests that the Court schedule the hearing for July 23 or later.

WHEREFORE, the Government requests that the Court continue the evidentiary hearing currently scheduled for July 14, 2026.

Dated:  July 9, 2026                    Respectfully submitted.

                                        ANDREW B. BENSON
                                        United States Attorney

                                        BY:  /s/ ANDREW McCORMACK
                                        ANDREW McCORMACK
                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, I electronically filed Motion to Continue Evidentiary Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Heather Gonzales, Esq.
Caleigh Milton, Esq.

Andrew B. Benson
United States Attorney

BY:  /s/ Andrew McCormack
Andrew McCormack
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Suite 111
Bangor, Maine 04401
Tel:  207-945-0373
Andrew.mccormack@usdoj.gov