# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIE BANKS | No. 2:24-cr-00068-LEW |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a), with leave of the Court, the government dismisses the indictment in the above-captioned matter with prejudice and in the interests of justice.

Date: July 20, 2026                    Respectfully submitted,


BY:   **/s/ ANDREW B.BENSON**
      Andrew B. Benson
      United States Attorney
      U.S. Attorney's Office
      202 Harlow Street, Suite 111
      Bangor, ME 04401
      (207) 945-0373

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed the same response via email to:

Heather Gonzales, Esq

Andrew B. Benson
United States Attorney
U.S. Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373